IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-433-RJC-DCK

| | |
|---|---|
| DAVID SHAEV, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>LANCE, INC. et al.,<br><br>　　Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) concerning Mark A. Willard, filed September 17, 2010. Mr. Willard seeks to appear as counsel *pro hac vice* for Defendant Snyder's Of Hanover, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Willard is admitted to appear before this court *pro hac vice* on behalf of Defendant Snyder's Of Hanover, Inc.

Signed: September 17, 2010

David C. Keesler
United States Magistrate Judge