IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-00433-RJC-DCK

| | |
|---|---|
| DAVID SHAEV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANCE, INC., DAVID V. SINGER, W.J. PREZZANO, JAMES W. JOHNSTON, S. LANCE VAN EVERY, DAN C. SWANDER, WILLIAM R. HOLLAND, JEFFREY A. ATKINS, J.P. BOLDUC, ISAIAH TIDWELL, and SNYDER'S OF HANOVER, INC.,<br><br>Defendants. | **CONSENT MOTION AND ORDER FOR STAY** |

The matter comes before the Court upon joint Motion of the Plaintiff and the Defendants ("the Parties") as evidenced by the signatures of counsel below.

The Parties to this action have reached a settlement in principle of the dispute that underlies this civil action and the Parties hereby stipulate to this fact. This settlement is contingent upon the closing of the proposed merger between Defendants Lance, Inc., Lima Merger Corp., and Snyder's of Hanover, Inc. substantially in accordance with their Agreement and Plan of Merger, dated as of July 21, 2010, as amended (the "Closing"). Accordingly, the Parties seek to stay this matter pending the Closing.

IT IS THEREFORE ORDERED that this matter be, and hereby is, stayed pending the Closing. The Court, however, will retain jurisdiction of this matter. Within three (3) business

days following the Closing, Plaintiff will submit a Voluntary Dismissal with Prejudice to the Court.

IT IS SO ORDERED this the _____ day of _____, 2010.

_____
David C. Keesler
United States Magistrate Judge

WE SO MOVE AND CONSENT, this 15th day of November, 2010:

/s/ Norris A. Adams, II, with permission_____
Norris A. Adams, II
Marc E. Gustafson
Essex Richards, P.A.
1701 South Boulevard
Charlotte, NC 28203-4727
*Attorneys for Plaintiff*

/s/ Kiran H. Mehta_____
Kiran H. Mehta
Christopher C. Lam
Molly L. McIntosh
K&L Gates LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
*Attorneys for Lance and the Director Defendants*

/s/ Joel L. Lennen, with permission_____
Joel L. Lennen
Mark A. Willard
Eckert Seamans
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
*Attorneys for Defendant Snyder's of Hanover, Inc.*

/s/ Debbie W. Harden, with permission
Debbie W. Harden
Womble Carlyle Sandridge & Rice, PLLC
One Wachovia Center
301 South College Street, Suite 3500
Charlotte, NC  28202
*Attorney for Defendant Snyder's of Hanover, Inc.*


/s/ Michael R. Ray, with permission
Michael R. Ray
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
*Attorney for Defendant Snyder's of Hanover, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2010, I electronically filed the foregoing **CONSENT MOTION AND ORDER FOR STAY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Norris A. Adams, II
nadams@essexrichards.com
Marc E. Gustafson
mgustafson@essexrichards.com
Essex Richards, P.A.
1701 South Boulevard
Charlotte, NC 28203-4727
*Attorneys for Plaintiff*

Michael R. Ray
mray@wcsr.com
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
mray@wcsr.com
*Attorney for Defendant Snyder's of Hanover, Inc.*

Debbie W. Harden
dharden@wcsr.com
Womble Carlyle Sandridge & Rice, PLLC
One Wachovia Center
301 South College Street, Suite 3500
Charlotte, NC 28202
*Attorney for Defendant Snyder's of Hanover, Inc.*

Joel L. Lennen
jlennen@eckertseamans.com
Mark A. Willard
mwillard@eckertseamans.com
Jessica Priselac
jpriselac@eckertseamans.com
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street
44th Floor
Pittsburgh, PA 15219
*Attorneys for Defendant Snyder's of Hanover, Inc.*

/s/ Kiran H. Mehta_____
Kiran H. Mehta
K&L Gates LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
704.331.7437
Email: kiran.mehta@klgates.com

*Attorneys for Lance and the Director Defendants*