IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-433-RJC-DCK

| | |
|---|---|
| DAVID SHAEV, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LANCE, INC., DAVID V. SINGER, W.J. PREZZANO, JAMES W. JOHNSTON, S. LANCE VAN EVERY, DAN C. SWANDER, WILLIAM R. HOLLAND, JEFFREY A. ATKINS, J.P. BOLDUC, ISAIAH TIDWELL, and SNYDER'S OF HANOVER, INC., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion And Order For Stay" (Document No. 28) filed November 15, 2010. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, noting consent of the parties, and for good cause shown, the undersigned will grant the motion.

The Parties to this action have reached a settlement in principle of the dispute that underlies this civil action. This settlement is contingent upon the closing of the proposed merger between Defendants Lance, Inc., Lima Merger Corp., and Snyder's of Hanover, Inc. substantially in accordance with their Agreement and Plan of Merger, dated as of July 21, 2010, as amended (the "Closing"). The parties seek to stay this matter pending the Closing.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion And Order For Stay" (Document No. 28) is **GRANTED**. This matter is **STAYED** pending the Closing. Plaintiff shall

file a Voluntary Dismissal with Prejudice within three (3) business days following the Closing. If Plaintiff's Voluntary Dismissal is not filed before **December 15, 2010**, the parties shall file a status report with the Court by that date.

Signed: November 15, 2010

David C. Keesler
United States Magistrate Judge